```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 57791
   VALARIE P HEAD
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1812


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 12/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 12/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED           5375.00         308.86       5375.00
AMERICREDIT FINANCIAL SV  UNSECURED         5767.06            .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY           111.00            .00         70.73
INTERNAL REVENUE SERVICE  PRIORITY          3445.29            .00       2195.44
CAPITAL ONE               UNSECURED       NOT FILED            .00           .00
ACCOUNTS SOLUTIONS GROUP  NOTICE ONLY     NOT FILED            .00           .00
WEST ASSET MANAGEMENT IN  NOTICE ONLY     NOT FILED            .00           .00
SPIEGELS                  UNSECURED       NOT FILED            .00           .00
COLUMBIA WESLEY           UNSECURED       NOT FILED            .00           .00
COMCAST                   UNSECURED       NOT FILED            .00           .00
CREDIT PROTECTION ASSOCI  NOTICE ONLY     NOT FILED            .00           .00
MCI RESIDENTIAL SERVICE   UNSECURED       NOT FILED            .00           .00
PARK DANSAN               UNSECURED       NOT FILED            .00           .00
PAYDAY LOAN STORE         UNSECURED       NOT FILED            .00           .00
SALLIE MAE INC            UNSECURED        11721.43            .00           .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED            .00           .00
BAY AREA CREDIT SERVICE   NOTICE ONLY     NOT FILED            .00           .00
CAPITAL ONE               UNSECURED          980.52            .00           .00
CAPITAL ONE               UNSECURED         1636.38            .00           .00
CAPITAL ONE               UNSECURED         1189.02            .00           .00
INTERNAL REVENUE SERVICE  UNSECURED         1046.00            .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED           41.10            .00           .00
JENNIFER A BLANC DOUGE    DEBTOR ATTY       1,224.00                      1,224.00
TOM VAUGHN                TRUSTEE                                           605.97
DEBTOR REFUND             REFUND                                               .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 9,780.00


              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 57791 VALARIE P HEAD
```

```
PRIORITY                                                           2,266.17
SECURED                                                            5,375.00
    INTEREST                                                         308.86
UNSECURED                                                               .00
ADMINISTRATIVE                                                     1,224.00
TRUSTEE COMPENSATION                                                 605.97
DEBTOR REFUND                                                           .00
                                     ---------------    ---------------
TOTALS                                      9,780.00          9,780.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/18/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 57791 VALARIE P HEAD